## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 106 EM 2014
                             :

            Respondent       :

        v.                  :

JOSHUA HENRY,                :

            Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2014, as Petitioner's Petition for Allowance of Appeal is pending at 304 EAL 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **DENIED**.